DANIEL ROBERT BARTLEY (SBN 79586)
BARTLEY LAW OFFICES
Pruneyard Towers – South Tower
1999 South Bascom Avenue, Suite 700
Campbell, CA 95008-2205
Main Telephone 408-879-2643
Attorney Direct Telephone 415-847-2060
Attorney Fax 415-842-0300
E-mail DanielBartleyLaw@aol.com

Attorneys for Deborah Cullen, Relator

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and STATE OF CALIFORNIA ex rel. DEBORAH CULLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ASSOCIATION OF BEHAVIOR CONSULTANTS, WILLIAM J. PALYO, and DOES 1-20,<br><br>Defendants.<br><br>and<br><br>ASSOCIATION OF BEHAVIOR CONSULTANTS and WILLIAM J. PALYO,<br><br>Cross-Plaintiffs,<br><br>vs.<br><br>DEBORAH CULLEN,<br><br>Cross-Defendant. | Case No. 15-cv-01188-EDL<br><br>**NOTICE OF RELATOR DEBORAH CULLEN'S MOTION TO STRIKE THE COUNTERCLAIM OF DEFENDANTS AND CROSS-PLAINTIFFS ASSOCIATION OF BEHAVIOR CONSULTANTS AND WILLIAM J. PALYO, PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CALIFORNIA CODE CIV. PROC. § 425.16, AND TO AWARD STATUTORY ATTORNEY FEES**<br><br>Judge:    Hon. Elizabeth D. Laporte<br>Date:     May 9, 2017, Tuesday<br>Time:     9:00 A.M.<br>Place     U.S. Courthouse<br>          450 Golden Gate Avenue<br>          15th Floor, Courtroom E<br>          San Francisco, CA 94102 |

PLEASE TAKE NOTICE that on Tuesday, May 9, 2017, at 9:00 A.M., at Courtroom E, on the 15th Floor of the U.S.. Courthouse, 450 Golden Gate Avenue, San Francisco, California, before The Hon. Elizabeth D. Laporte, Magistrate Judge, Relator Deborah Cullen will move the Court to strike the Counterclaim filed by Defendants Association of Behavior Consultants

\\\

*United States ex rel. Cullen v. Ass'n of Behavior Consultants,* Case No. 15-cv-01188-EDL           -1-

("ABC") and William J. Palyo against Relator Deorah Cullen on March 3, 2017 (Dkt. 22) and to award attorney fees.

The grounds for this motion is the California anti-SLAPP statute (California Code of Civil Procedure § 425.16).

In support of this motion, Relator is filing herewith: (a) Relator's Points and Authorities in Support of Relator's Motion to Strike the Counterclaim of Defendants and Cross-Plaintiffs Association of Behavior Consultants and William J. Palyo Pursuant to the California Anti-SLAPP Statute; (b) Declaration of Relator's Counsel Daniel Bartley in Support of Relator's Motion to Strike the Counterclaim of Defendants and Cross-Plaintiffs Association of Behavior Consultants and William J. Palyo Pursuant to the California Anti-SLAPP Statute; (c) [Relator's Proposed] Order Granting Relator's Motion to Strike the Counterclaim of Defendants and Cross-Plaintiffs Association of Behavior Consultants and William J. Palyo Pursuant to the California Anti-SLAPP Statute, and Awarding Statutory Attorney Fees.

Dated: March 23, 2017                    BARTLEY LAW OFFICES
                                         ATTORNEYS FOR RELATOR
                                         DEBORAH CULLEN


                                         */s/Daniel R. Bartley*
                              By:        _____
                                         Daniel Robert Bartley, Esq.

**PROOF OF SERVICE**

I declare I am employed in the County of Santa Clara, State of California, by Bartley Law Offices, 1999 South Bascom Avenue, Suite 700, Campbell, CA 95008-2205. I certify that I am over the age of 18.

I hereby certify that on today's date, I electronically filed the foregoing **"NOTICE OF RELATOR DEBORAH CULLEN'S MOTION TO STRIKE THE COUNTER-CLAIM OF DEFENDANTS AND CROSS-PLAINTIFFS ASSOCIATION OF BEHAVIOR CONSULTANTS AND WILLIAM J. PALYO PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, CALIFORNIA CODE CIV. PROC. § 425.16"** with the Clerk of the United States District Court for the Northern District of California by using the District Court's CM/ECF system. I certify that all the counsel listed below are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Michael L. Levangie, Esq., and <br> Bryan L. Malone, Esq. <br> Levangie Law Group <br> 2021 N Street <br> Sacramento, CA 95811 <br> Tel 916-448-4849 <br> Fax 916-443-4855 <br> Bryan.Malone@LLG-Law.com <br> Michael.Levangie@LLG-Law.com | Annie Reding, Assistant U.S. Attorney <br> Office of the United States Attorney <br> 450 Golden Gate Avenue, Box 36055 <br> San Francisco, CA 94102-3495 <br> Tel 415-436-6813 <br> Fax 415-436-6748 <br> Annie.Reding@usdoj.gov |

Suneeta D. Femandes, Esq.
Deputy Attorney General
Office of the Attorney General of Califomia
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone 415-703-1507
Fax 415-703-1234
Suneeta.Femandes@doj.ca.gov

I declare under penalty of perjury, under the laws of the United States and the State of Califomia, that the foregoing is true and correct and that this declaration was executed on this 23rd day of March, 2017, in the City of Santa Rosa, Sonoma County, California.

*/s/Daniel R. Bartley*

_____
Daniel R. Bartley