MICHAEL J. LEVANGIE, State Bar # 160163
BRYAN L. MALONE, State Bar # 144082
**LEVANGIE LAW GROUP**
2021 N Street
Sacramento, CA 95811
Tel:  (916) 443-4849
Fax: (916) 443-4855
Email:  bryan.malone@llg-law.com

Attorneys for Defendants/Counter-Claimants
ASSOCIATION OF BEHAVIOR CONSULTANTS
and WILLIAM J. PALYO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel*. DEBORAH CULLEN,<br><br>                    Plaintiff and Relator,<br><br>v.<br><br>ASSOCIATION OF BEHAVIOR CONSULTANTS, WILLIAM J. PALYO, and DOES 1-20,<br><br>                    Defendants. | CASE NO. 15-cv-01188-EDL<br><br>~~[PROPOSED]~~<br><br>**ORDER DENYING RELATOR DEBORAH CULLEN'S MOTION TO STRIKE THE COUNTERCLAIM OF DEFENDANTS/COUNTER-CLAIMANTS ASSOCIATION OF BEHAVIOR CONSULTANTS AND WILLIAM J. PALYO, PURSUANT TO THE CALIFORNIA ANTI-SLAPP STATUTE, C.C.P. § 425.16** |
| ASSOCIATION OF BEHAVIOR CONSULTANTS and WILLIAM J. PALYO,<br><br>                    Cross-Plaintiffs,<br><br>vs.<br><br>DEBORAH CULLEN,<br><br>                    Cross-Defendant. | Judge  :    Hon. Elizabeth D. Laporte<br>Date    :    May 16, 2017<br>Time   :    9:00 A.M.<br>Place  :    U.S. Courthouse<br>               450 Golden Gate Avenue<br>               15th Floor, Courtroom E<br>               San Francisco, CA 94102 |

Relator Deborah Cullen's Motion to Strike the Counterclaim of Defendants Association of Behavioral Consultants ("ABC") and William J. Palyo pursuant to the California anti-SLAPP Statute, Code of Civil Procedure §425.16, and for an award of statutory attorney fees came on for hearing on Tuesday, May 16, 2017, at 9:00 A.M. before Honorable Magistrate Judge Elizabeth D. Laporte.

1

[PROPOSED] ORDER DENYING RELATOR'S MOTION TO STRIKE

Bryan L. Malone of LeVangie Law Group appeared for Defendants/Counter-Claimants. There were no other appearances of counsel at the hearing.

The Court having considered the moving, opposition, and reply papers of all parties, together with all relevant and material documents in the case file, and having otherwise heard the argument of counsel, finds that Relator has not met all of the requirements of Code of Civil Procedure §425.16.  Accordingly,

IT IS HEREBY ORDERED THAT Relator Deborah Cullen's Motion to Strike Defendants' Counterclaim pursuant to the California anti-SLAPP statute, California Code of Civil Procedure §425.16, and for an award of attorneys' fees is DENIED.

Dated:  May __18__, 2017

_____
Hon. Elizabeth D. Laporte
Magistrate Judge
United States District Court

2
[PROPOSED] ORDER DENYING RELATOR'S MOTION TO STRIKE