DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEBORAH CULLEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASSOCIATION OF BEHAVIOR CONSULTANTS, et al.<br><br>    Defendants. | CIVIL ACTION NO. 3:15-01188-EDL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT Assistant United States Attorney Michelle Lo is appearing as counsel for the United States, substituting for former AUSA Kimberly Friday. Please direct all notices, pleadings, and correspondence to AUSA Lo's attention at the above-captioned address. Please remove former AUSA Kimberly Friday from the service list.

Dated: August 9, 2019        Respectfully submitted,

                    DAVID L. ANDERSON
                    United States Attorney

                By:   */s/ Michelle Lo*
                    MICHELLE LO
                    Assistant United States Attorney